COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Kyle Flowers and Richard Rogge dba V & D Pipe Co. v. Eric A.
                        Talley and Superior Tanks

Appellate case number:  01-14-00016-CV

Trial court case number: 66717

Trial court:            239th District Court of Brazoria County

On February 11, 2014, Kyle Flowers and Richard Rogge d/b/a V & D Pipe Co. filed an Unopposed Motion Pending Mediation for an Extension of Time to Meet Deadlines. The motion is **GRANTED**. Appellate deadlines which are currently scheduled to pass before the February 21, 2014 mediation between the parties, including filing of the reporter's record, are extended to March 21, 2014.

Appellants are further **ORDERED** to provide the court with a status update on mediation results by February 28, 2014.

It is so ORDERED.


Judge's signature: /s/ Justice Harvey Brown
                        X  Acting individually     ☐ Acting for the Court


Date:  February 18, 2014